# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:20-CV-70-TBR

STEPHEN DALE ORNDOFF                                                                                    PLAINTIFF

V.

WASHINGTON GROUP/
ALBERICI JOINT VENTURE.                                                                             DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.

All deadlines, telephonic conferences, and the jury trial are vacated/cancelled.

cc: Counsel

Thomas B. Russell, Senior Judge
United States District Court

February 12, 2022